# MEMORANDUM DECISIONS

THE AGNES MORAN. (Circuit Court of Appeals, Second Circuit. February 18, 1920.) No. 163. Appeal from the District Court of the United States for the Southern District of New York. Suit by the Lehigh & Wilkes-Barre Coal Company against the steam tug Agnes Moran, her engines, etc.; the Moran Towing & Transportation Company, claimant. Decree for libelant, and claimant appeals. Affirmed. Park & Mattison, of New York City (Samuel Park, of New York City, of counsel), for appellant. James T. Kilbreth, of New York City, for Honeybrook. Before WARD and MANTON, Circuit Judges, and KNOX, District Judge.

PER CURIAM. Decree affirmed, without opinion.

---

BARTLING et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 20, 1920.) No. 5555. Appeal from the District Court of the United States for the District of Nebraska. G. J. Hunt, of Bridgeport, Neb., for appellants. T. S. Allen, U. S. Atty., of Lincoln, Neb., and Frank A. Peterson, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Cause docketed, and appeal dismissed, at costs of appellant, but without taxation of attorney's fee in favor of appellee, per stipulation of parties.

---

CITY OF WICHITA v. WICHITA WATER CO. (Circuit Court of Appeals, Eighth Circuit. December 5, 1919.) No. 5466. Appeal from the District Court of the United States for the District of Kansas. For opinion below, see 234 Fed. 415. Robert C. Foulston, of Wichita, Kan., for appellant. David Smyth, J. W. Smyth, R. R. Vermilion, Earle W. Evans, Joseph G. Carey, and W. F. Lilleston, all of Wichita, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

COLE v. FENTON, Warden. (Circuit Court of Appeals, Eighth Circuit. January 27, 1920.) No. 5558. In Error to the District Court of the United States for the District of Nebraska. Mason Wheeler, of Lincoln, Neb., for defendant in error.

PER CURIAM. Cause docketed, and writ of error dismissed, with costs, on motion of defendant in error.

---

THE ELM BRANCH. THE DOROTHY. (Circuit Court of Appeals, Fourth Circuit. January 6, 1920.) No. 1744. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge. Suit in admiralty for collision by William C. Reid, managing owner of the schooner Dorothy, against the British steamship Elm Branch and others. Decree for libelant, and respondents appeal. Affirmed on opinion below. 254 Fed. 477. Robert M. Hughes, of Norfolk, Va. (Hughes, Little & Seawell, of Norfolk, Va., on the brief), for appellants. John W. Oast, Jr., of Norfolk, Va. (Hamilton Anderson, of New York City, on the brief), for appellee. Before KNAPP and WOODS, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. Careful consideration of the record and arguments leads to the conclusion that the District Court was right, both in findings of fact and application of the law. Nothing of value can be added to the opinion of the District Court. Affirmed.